# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-354
_____

F. Y. J., Mother of R.L.J., a
Minor Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Aaron K. Bowden, Judge.

September 23, 2021

PER CURIAM.

AFFIRMED. *See D.R. v. Dep't of Child. & Fams.*, 236 So. 3d 1175, 1177 (Fla. 1st DCA 2018) ("Even in a termination of parental rights proceeding, the lack of a transcript mandates affirmance unless fundamental error appears on the face of the order."); *see also Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court

reasonably conclude that the trial judge so misconceived the law as to require reversal.").

RAY, OSTERHAUS, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Michael R. Yokan, Jacksonville, for Appellant.

Ward L. Metzger, Children's Legal Services, Tallahassee; Thomasina F. Moore, Statewide Guardian ad Litem Office, Tallahassee; Javier Enriquez, General Counsel for Department of Children and Families, Tallahassee; Tracy Sorcek and Kimberly M. Dodd, Children's Legal Services, Jacksonville; Jenna Lea Meadows, Guardian ad Litem, Jacksonville; Rebecca Lynn Bartlett, Tallahassee for Appellee.